UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEOFFREY W. FREEMAN,

    Plaintiff,

  v.

MICHAEL ATCHISON, SALVADOR GODINEZ and KIM BUTLER,

    Defendants.

Case No. 14-cv-614-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 43) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Geoffrey W. Freeman's motion for a transfer of venue to the Northern District of Illinois (Doc. 38).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous except for a lone typographical error on page 1 referring to Fed. R. Civ. P. 1404(a). The citation should have been to 28 U.S.C. § 1404(a). Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 43) with the correction of the typographical error; and

- **DENIES** Freeman's motion for a transfer of venue (Doc. 38).

**IT IS SO ORDERED.**
**DATED: June 24, 2015**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**